## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Marian F Dineen
                     Plaintiff,

v.                                              Case No.: 1:16–cv–07015
                                                       Honorable Michael T. Mason

Earl Oliver, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held. Settlement conference tentatively set for 10/11/18 at 9:30 a.m. with a recall judge sitting in the Northern District of Illinois. Parties shall inform the Court by 9/17/18 if there is a conflict with that date. Parties shall strictly abide by this Court's Standing Order for Settlement Conference except that the parties can agree upon appropriate dates to exchange demand and offer letters. Plaintiff's counsel shall deliver a copy of both letters to this Court's chambers, room 2270, no later than 10/4/18. This Court will forward the letters to the recall judge. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.