UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Marian F Dineen

               Plaintiff,

v.                                                       Case No.: 1:16–cv–07015
                                                           Honorable Jeffrey Cummings

Earl Oliver, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2019:

     MINUTE entry before the Honorable Jeffrey Cummings: The Court has been informed that the parties have reached a settlement agreement in principle. The 10/18/19 pretrial conference and 10/28/19 trial date are hereby stricken. The parties' motions in limine [73], [74] are terminated as moot. Status hearing set for 11/26/2019 at 10:00 a.m. Should the parties file the appropriate dismissal paperwork prior to 11/26/19, no appearance will be necessary on that date. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.